UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Crim. No. 09-cr-86 (KSH)**

UNITED STATES OF AMERICA v. **Durell Smith**
                                            Defendant

PETITION FOR WRIT OF HABEAS CORPUS:   Your petitioner shows that

1. **Durell Smith, FBI# 404220JB3, DOB:**        **1984** is now confined in Essex County Jail.

2. **Durell Smith, FBI# 404220JB3, DOB:**        **1984** will be required at the <u>United States District Court in Newark, New Jersey</u> on <u>Tuesday, June 23, 2009</u>, at <u>2:30 p.m.</u> for a <u>Plea Hearing</u> before the Honorable Katharine S. Hayden in the captioned case, in which <u>he</u> is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for that purpose.

DATED:   June 18, 2009            /s/ Rodney Villazor
                                  Rodney Villazor
                                  Assistant United States Attorney
                                  Petitioner – (973)645-2823

ORDER FOR WRIT:   Let the Writ Issue.

DATED: 6/18/09

HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Passaic County Jail.
We Command You that you have the body of **Durell Smith, FBI# 404220JB3, DOB:**        **1984** (by whatever name called or charged) now confined in <u>Essex County Jail</u> brought to the <u>United States District Court in Newark, New Jersey</u> on <u>Tuesday, June , 2009</u>, at <u>2:30 p.m.</u> for a <u>Plea Hearing</u> in the above-captioned matter.   Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
        United States District Judge at Newark, N.J.

DATED: 6/18/09

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
      Deputy Clerk