UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Crim. No. 09-cr-86 (KSH)**

UNITED STATES OF AMERICA v. **Durell Smith**
                                Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **Durell Smith, FBI# 404220JB3, DOB:** ▓▓▓▓▓▓ is now confined in Essex County Jail.

2. **Durell Smith, FBI# 404220JB3, DOB:** ▓▓▓▓▓▓ will be required at the United States District Court in Newark, New Jersey on Monday, October 5, 2009, at 2:00 p.m. for a Sentencing before the Honorable Katharine S. Hayden in the captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: August 17, 2009        /s/ Rodney Villazor
                              Rodney Villazor
                              Assistant United States Attorney
                              Petitioner - (973)645-2823

ORDER FOR WRIT: Let the Writ Issue.

DATED: 8/17/09
                              _____
                              HON. KATHARINE S. HAYDEN
                              UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Essex County Jail.
We Command You that you have the body of **Durell Smith, FBI# 404220JB3, DOB:** ▓▓▓▓▓▓ (by whatever name called or charged) now confined in Essex County Jail brought to the United States District Court in Newark, New Jersey on Monday, October 5, 2009, at 2:00 p.m. for Sentencing in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
        United States District Judge at Newark, N.J.

DATED: 8/17/09               WILLIAM T. WALSH
                             Clerk of the U.S. District Court
                             for the District of New Jersey

                             Per: _____
                                  Deputy Clerk