UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Crim. No. 09-cr-86 (KSH)**

UNITED STATES OF AMERICA v. **Durell Smith**
                                Defendant

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1. **Durell Smith, FBI# 404220JB3, D**▓▓▓▓▓▓▓▓ is now confined in Essex County Jail.

2. **Durell Smith, FBI# 404220JB3, DOB: 07/03/1984** will be required at the United States District Court in Newark, New Jersey on Monday, November 30, 2009, at 10:00 a.m. for Sentencing before the Honorable Katharine S. Hayden in the captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED:  October 2, 2009        /s/ Rodney Villazor
                               Rodney Villazor
                               Assistant United States Attorney
                               Petitioner - (973)645-2823

---

ORDER FOR WRIT:  Let the Writ Issue.

DATED: 10/2/09

_____
HON. KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Essex County Jail.
We Command You that you have the body of **Durell Smith, FBI# 404220JB3, DOB:** ▓▓▓▓▓▓▓ (by whatever name called or charged) now confined in Essex County Jail brought to the United States District Court in Newark, New Jersey on Monday, November 30, 2009, at 10:00 a.m. for Sentencing in the above-captioned matter.  Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
        United States District Judge at Newark, N.J.

DATED: 10/2/09        WILLIAM T. WALSH
                      Clerk of the U.S. District Court
                      for the District of New Jersey

                      Per: _____
                           Deputy Clerk