UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Crim. No. 09-cr-86 (KSH)**

UNITED STATES OF AMERICA v. **Durell Smith**
                                Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **Durell Smith, FBI# 404220JB3**, DOB: ▆▆▆▆▆▆ is now confined in Essex County Jail.

2. **Durell Smith, FBI# 404220JB3**, DOB: ▆▆▆▆▆▆ will be required at the United States District Court in Newark, New Jersey on Tuesday, December 1, 2009, at 3:00 p.m. for Sentencing before the Honorable Katharine S. Hayden in the captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: November 23, 2009            /s/ Rodney Villazor
                                    Rodney Villazor
                                    Assistant United States Attorney
                                    Petitioner - (973)645-2823

---

ORDER FOR WRIT: Let the Writ Issue.

DATED: 11/23/09                     [signature]
                                    HON. KATHARINE S. HAYDEN
                                    UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Essex County Jail.
We Command You that you have the body of **Durell Smith, FBI# 404220JB3**, DOB ▆▆▆▆▆▆ (by whatever name called or charged) now confined in Essex County Jail brought to the United States District Court in Newark, New Jersey on Tuesday, December 1, 2009, at 3:00 p.m. for Sentencing in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
         United States District Judge at Newark, N.J.

DATED: 11/23/09                     WILLIAM T. WALSH
                                    Clerk of the U.S. District Court
                                    for the District of New Jersey

                                    Per: [signature]
                                         Deputy Clerk