PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Durrell Smith        **Docket Number:** 09-00086-001
       **PACTS Number:** 54138

**Name of Sentencing Judicial Officer:** The Honorable Katharine S. Hayden, U.S.D.J.

**Date of Original Sentence:** 12/01/2009

**Original Offense:** Distribution and Possession of Heroin

**Original Sentence:** 13 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** 06/03/2010

**Assistant U.S. Attorney:** Rodney Villazor, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Michael Armstrong, Esq., 79 Mainbridge Avenue, Willingboro, New Jersey 08046 (609) 877-5511

---

## PETITIONING THE COURT

[X] To issue a warrant

The probation office alleges that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | On September 1, 2010, Smith was arrested by officers of the Newark Police Department and charged with possession of a defaced firearm and unlawful possession of a handgun, in violation of N.J.S.A. 2C:39-3D and 2C:39-5B, respectively. |
| 2 | The offender has violated the mandatory supervision condition which states **'The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.'** |
| | On September 1, 2010, Smith was found to be in possession of a defaced firearm. |

PROB 12C - Page 2
Durrell Smith

3     The offender has violated the standard supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

Smith has remained unemployed since the commencement of supervision.

4     The offender has violated the mandatory supervision condition which states '**It is further ordered that the defendant shall pay to the United States a special assessment of $100, which shall be due immediately.**

Smith has not made any payments towards his court ordered $100 financial obligation.

5     The offender has violated the special supervision condition which states '**The defendant shall earn a G.E.D. while on supervised release.**'

Smith failed to enroll or participate in G.E.D. classes as court ordered.

I declare under penalty of perjury that the foregoing is true and correct.

By: Paul E. Choinski
U.S. Probation Officer
Date: 09/02/2010

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

2 Sept 10
Date

*[Handwritten note top right: "Requesting we sign this because Judge Hayden is out until next week."]*

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

WILFREDO TORRES
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
THOMAS C. MILLER

September 2, 2010

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Katharine S. Hayden, U.S.D.J.
U.S. Post Office & Courthouse
Federal Plaza, Room 311
Newark, New Jersey 07102-999

RE: **U.S. v. Durrell Smith**
Dkt. No. 09-86-06
<u>Request for Violation of Supervised Release
Hearing & Issuance of a Warrant</u>

Dear Judge Hayden:

On December 1, 2009, Durrell Smith was sentenced by Your Honor to 13 months imprisonment followed by a three year term of supervised release for the offense of distribution and possession of heroin. Smith was ordered to pay a $100 special assessment and abide by the special conditions of full financial disclosure and earn a G.E.D. On June 3, 2010, Smith was released from the custody of the Bureau of Prisons and his period of federal supervision commenced.

The purpose of this letter is to notify the Court of Smith's non-compliance with the conditions of his supervision and request a warrant be issued. Specifically, on September 1, 2010, Smith was arrested by officers of the Newark Police Department and charged with possession of a defaced firearm and unlawful possession of a handgun. In addition to the new criminal conduct, Smith failed work while under supervision, failed to enroll in G.E.D. classes, and failed to pay his $100 special assessment.

Taking into consideration the nature of these violations, it appears that a violation hearing is warranted at this time. Therefore, it is respectfully recommended that Your Honor issue a warrant to be lodged as a detainer so that Smith can be brought before the Court to answer these charges and show cause why he should not be considered in violation of his supervision term. If the Court concurs with our recommendation, please sign the enclosed Probation Form 12C and we will initiate the violation process. If Your Honor requests an alternative course of action, please advise. We will make ourselves available should you wish to discuss this matter.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

*/s/ Paul E. Choinski*
Paul E. Choinski,
U.S. Probation Officer

Enclosure(s)